# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAY 21 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jacob Ross Daley

_____
(Full name of the Plaintiff(s) in this action)

v.

Central Intelligence Agency

_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:18-CV-317-CHB
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jacob Daley

Place of Confinement: (KSR) Kentucky State Reformatory

Address: 3001 W Hwy 146 LaGrange, KY 40031

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: Jacob Daley

Place of Confinement: Kentucky State Reformatory

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant *Central Intelligence Agency* is employed as _____ at *CIA* _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I've been in prison for over 3 years now. For the past 2 years I've been a priority of the cia. The cia has had an ongoing investigation on me for some time now. I have submitted a freedom of information Act to have proof of record. 2 years ago starting Dec. 2015 the cia has been using ions or some type of electro-magnetic propulsion to apply algorhythems on my brain and in my mind. The cia has tortured me causing me intense pain on my mind and body. They used some kind of really strong pressure or some type of artificial stress on me for some reason to cause intense pain. I have suffered a great deal of pain and suffering to no end and it's been hard for me to get someone to believe my claim but keep in mind that I may be paying $350.00 for this claim and I am under the perjury penalty. These claims are in every way accurate and truthful. I admit I have needed some type of proof so I started with the freedom of information Act to prove the cia's involvment with me. Then the cia having me in their Detention program went to the next level to

4

Poisoning

| | |
|---|---|
| 2·19·17 5 AM | 7·20·17 2:30 AM |
| 2·22·17 5 AM | 7·21·17 12:20 AM |
| 2·23·17 5 AM | 7·30·17 1: AM |
| 2·23·17 11 PM | 7·31·17 10 AM - 2 PM |
| 2·26·17 9 PM | 8·1·17 12:30 AM - 2 AM |

### III. STATEMENT OF CLAIM(S) continued

— interrogate me and started poisoning me using radio active gas on my stomach that made me vomit repeatedly, pulsating water that was drank. I threw up all the water that I drank in pulsating vomit. It lasted for over an hour. This happened over twenty different times on these dates that I have provided on the top of the page. When this kept happening I started recording the incidents. Then I gathered a sample of my feces and I sent it through the mail to the deputy director of the (N.S.A.) National Security Agency. I told him what was happening and they tested my feces for radiation. Because everything is tested that comes through the mail. It was positive for radioactive decay. I also want to ask you to appoint me counsel to represent me in this case.

Thank you
Jacob Daley

5

## IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓  award money damages in the amount of $ __250,000__

___  grant injunctive relief by __release on parole, expungement__

___  award punitive damages in the amount of $ _____

___  other: _____

## V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __14__ day of __May__, 20__18__

__Jacob Daley__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __May 14th__.

__Jacob Daley__
(Signature)




